No. 98–1229. BOYD v. STATE FARM INSURANCE COS. C. A. 5th Cir. Certiorari denied.

No. 98–1231. BANKRUPTCY ESTATE OF UNANUE-CASAL, AKA UNANUE v. GOYA FOODS, INC., ET AL.; and No. 98–1250. UNANUE-CASAL, AKA UNANUE v. GOYA FOODS, INC., ET AL. Super. Ct. N. J., App. Div. Certiorari denied. Reported below: 311 N. J. Super. 589, 710 A. 2d 1036.

No. 98–1239. AETNA FINANCE CO., DBA ITT FINANCIAL SERVICES v. WILLIAMS. Sup. Ct. Ohio. Certiorari denied.

No. 98–1241. McGUINESS v. UNIVERSITY OF NEW MEXICO SCHOOL OF MEDICINE. C. A. 10th Cir. Certiorari denied.

No. 98–1244. BRADSHAW ET AL. v. IGLOO PRODUCTS CORP. C. A. Fed. Cir. Certiorari denied.

No. 98–1283. DORWART v. CARAWAY ET AL. Sup. Ct. Mont. Certiorari denied.

No. 98–1286. McLEMORE v. WFAA-TV, INC. Sup. Ct. Tex. Certiorari denied.

No. 98–1335. UTAH FOAM PRODUCTS CO. v. UPJOHN CO. C. A. 10th Cir. Certiorari denied.

No. 98–1347. McEACHERN v. BLACK. Ct. App. S. C. Certiorari denied.

No. 98–1349. DIXON v. BOISE CASCADE CORP. C. A. 5th Cir. Certiorari denied.

No. 98–1383. STAHULAK v. CITY OF CHICAGO ET AL. Sup. Ct. Ill. Certiorari denied.

No. 98–1397. JARVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–1400. ROBINSON v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.